UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMMA I. DAVID DE MARRONE,

    Plaintiff,

v.                                       Case No: 2:21-cv-625-JLB-MRM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that the decision of the Commissioner of Social Security be reversed and this matter remanded. (Doc. 18.) No objection has been filed and the time to do so has expired. A district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Id. Mindful that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 18) is **ADOPTED**.

2. The decision of the Commissioner is **REVERSED AND REMANDED** under sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner is instructed to:

(1) Consider Dr. Sugumaran's opinion evidence related to Plaintiff's functional limitations as of 2002; (2) consider Dr. Sugumaran's statement that Plaintiff's vision impairments would be unlikely to improve from 2002 through 2013; and (3) re-evaluate all evidence of record.

3. Plaintiff is instructed that any application for fees, costs, or expenses must comply with the Court's Standing Order on Management of Social Security Cases, <u>In re Administrative Orders of the Chief Judge</u>, No. 3:21-mc-1-TJC, Doc. 43 (Dec. 7, 2021).

4. The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**ORDERED** at Fort Myers, Florida, on June 15, 2022.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE